UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :
                                        :    WAIVER OF INDICTMENT
            - v. -                      :
                                        :    22 Cr. 682
DANIEL RESNICK,                         :
                                        :
            Defendant.                  :

- - - - - - - - - - - - - - - - - X

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1960, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                    _____
                                    Daniel Resnick
                                    Defendant

                                    _____
                                    Kerry Lawrence
                                    Counsel for Defendant

Date:    White Plains, New York

         December 14, 2022