LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

July 20, 2023

Via ECF
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

  Re: *USA v. Daniel Resnick*
    22-Cr-682 (CS)

Dear Judge Seibel:

  I am writing with the consent of the Government[1] to ask that Mr. Resnick's sentencing be adjourned from September 7, 2023 to October 4, 2023.

  Counsel will be away for much of the time between August 5 and September 5 and there remains a tremendous amount of material to be reviewed that may be submitted in support of Mr. Resnick. As a result, it would be extremely difficult to submit the defendant's sentencing memorandum in a timely manner based on the current schedule.

  Thank you for the Court's consideration of this request.

                Respectfully submitted,

                Kerry A. Lawrence

cc: AUSA Derek Wikstrom (via ECF)

---

[1] The Government's consent to this request is conditioned on the clear understanding that Mr. Resnick will make his full payment for forfeiture on or before the present date set for sentencing, September 7. Mr. Resnick will comply with that agreement.