LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

June 3, 2024

<u>Via ECF</u>
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*Application granted. Pre-Trial Services is directed to return Mr. Resnick's passport.*

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
6/5/24

    Re: *USA v. Daniel Resnick*
        22-Cr-682 (CS)

Dear Judge Seibel:

    I am writing, with consent of the government, to seek a court order that Pretrial Services be permitted to return Daniel Resnick's passport. Mr. Resnick surrendered to serve his sentence earlier today.

    Thank you for the Court's consideration of this request

                                                       Respectfully submitted,

                                                        Kerry A. Lawrence

cc: AUSA Derek Wikstrom (via ECF)
     AUSA James McMahon (via ECF)